UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 03 B 50399
  NANCY ANN RYAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-3753
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/15/03 and confirmed on 02/23/04.

2. The case was dismissed after confirmation, 08/17/2007.

3. The Debtor paid a total of $ 11302.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 1576.57 | 25.13 | 1576.57 |
| ECAST SETTLEMENT CORP | UNSECURED | 1696.65 | .00 | 332.59 |
| UNIFUND CCR PARTNERS | UNSECURED | 10541.92 | .00 | 2070.31 |
| CARMAX AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 10042.77 | .00 | 1972.29 |
| GREENBERG & ASSOC | REIMBURSEMENT | 100.00 | .00 | 100.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10261.95 | .00 | 2015.34 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1576.57 | 100.00 | 32543.29 | .00 | 34219.86 |
| PRINCIPAL PAID | 1576.57 | 100.00 | 6390.53 | .00 | 8067.10 |
| INTEREST PAID | 25.13 | .00 | .00 | .00 | 25.13 |
| TOTAL PAID | 1601.70 | 100.00 | 6390.53 | .00 | 8092.23 |

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    510.27 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/19/07                              /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 03 B 50399 NANCY ANN RYAN